No. 614. STANLEY ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Edgar L. Morris* for petitioners. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 624. SWIFT & Co. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.; and

No. 677. AMALGAMATED MEAT CUTTERS & BUTCHER WORKMEN OF NORTH AMERICA, AFL, LOCAL 88, *v.* NATIONAL LABOR RELATIONS BOARD ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Walter R. Mayne* and *Earl G. Spiker* for Swift & Co., petitioner in No. 624 and respondent in No. 677. *Joseph M. Jacobs, Mozart G. Ratner, Harry H. Craig* and *Thomas X. Dunn* for the Amalgamated Meat Cutters & Butcher Workmen of North America, AFL, Local 88, petitioner in No. 677 and respondent in No. 624. *Solicitor General Rankin, Stephen Leonard* and *Dominick L. Manoli* for the National Labor Relations Board, respondent. Reported below: 99 U. S. App. D. C. 24, 237 F. 2d 20.

No. 662. PRICE *v.* UNITED STATES. Court of Claims. Certiorari denied. *Stanley Worth, Edward S. Smith* and *D. Newton Farnell, Jr.* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Robert N. Anderson* and *Grant W. Wiprud* for the United States.

No. 664. UNITED STATES STEEL CORP. *v.* UNITED STATES. Court of Claims. Certiorari denied. *A. Chauncey Newlin* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General Stull* and *A. F. Prescott* for the United States.